# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KELLY NGUYEN,,<br><br>    Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA ex rel. NEVADA DEPARTMENT OF EMPLOYMENT, TRAINING AND REHABILITATION, EMPLOYMENT SECURITY DIVISION; and STATE OF NEVADA, HRHH HOTEL/CASINO, LLC, d/b/a HARD ROCK HOTEL AND CASINO, et al.<br><br>    Defendant(s). | 2:13-cv-1872-JCM-NJK<br><br>ORDER |

This matter is before the Court on the parties' Stipulated Discovery Plan and Scheduling Order, filed on April 18, 2014. *See* Docket No. 15. The proposed discovery plan misstates Local Rule 26-4, in that it provides that requests to extend deadlines in the scheduling order need only be filed 21 days prior to the discovery cut-off date. *Id.* at 2. Local Rule 26-4 requires that any request to extend deadlines set forth in the scheduling order must be submitted at least 21 days before the subject deadline. For example, any request to extend the deadline for initial expert disclosures must be filed at least 21 days before the expiration of that deadline. Such a request filed only 21 days before the discovery cut-off would be untimely.

//

//

In an effort to ensure future compliance and complete understanding of the Local Rules, the Court hereby ORDERS each attorney of record in this matter[1] to file a certification with the Court no later than April 28, 2014, indicating that they have read and comprehend Local Rules 26-4 and 26-1.

IT IS SO ORDERED.

DATED: April 21, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[1] This includes: Cameron P. Vandenberg and Robert P. Spretnak.

2